STATE OF NORTH CAROLINA v. KIM JEFFREY PRUITT

No. 7214SC745

(Filed 25 October 1972)

APPEAL by defendant from *Cooper, Judge,* 1 May 1972 Session of Superior Court held in DURHAM County.

Defendant was convicted of felonious breaking or entering. Judgment imposing an active sentence was entered.

*Attorney General Robert Morgan by Parks H. Icenhour, Assistant Attorney General, for the State.*

*Loflin, Anderson and Loflin by Thomas F. Loflin III for defendant appellant.*

VAUGHN, Judge.

Defendant has filed a motion to withdraw his appeal. We have denied the motion and considered the case on its merits. We find no error.

No error.

Judges HEDRICK and GRAHAM concur.